# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS

VERSUS

PATRICK MOORE, JAY DARDENE,
DIVISION OF ADMINISTRATION,
STATE OF LOUISIANA, TAYLOR
F. BARRAS

NO.  2025 CW 0394

**JULY 14, 2025**

---

In Re:    Kelvin Wells, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          761564.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

                          CHH
                          BDE
                          KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT